PHILLIP A. TALBERT
United States Attorney
SAM STEFANKI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America



FILED
Oct 13, 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JOSHUA KLOMP,<br><br>　　　　　Defendant. | CASE NO. 2:22-cr-0209 JAM<br><br>SEALING ORDER |

The United States has submitted a petition seeking to seal the indictment, the underlying petition to seal, and this Order of the Court. The Court GRANTS the government's petition and ORDERS that the indictment, the petition to seal, and this Order of the Court shall remain sealed until the defendant is arrested or until further order of the Court.

Dated: October 13, 2022

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

ORDER　　　　　　　　　　　　　　　　1