IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOSHUA KLOMP,<br><br>　　　　Defendant. | 2:06-cr-00059-DAD<br><br><br><br><br><br>**ORDER TRANSFERRING CASES FOR ALL PURPOSES** |
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOSHUA KLOMP,<br><br>　　　　Defendants. | 2:22-cr-00209-JAM |

Pursuant to the filing of the Notice of Related Cases in case numbers 2:06-cr-00059-DAD, and 2:22-cr-00209-JAM filed on October 21, 2022;

Case number 2:22-cr-00209-JAM is transferred to the docket of District Judge Dale A. Drozd. To prevent a delay in documents being received by the correct judicial officer, the new case number listed below should be used on all future documents.

**2:22-cr-00209-DAD**

IT IS SO ORDERED.

Dated: **November 2, 2022**　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1