1  PHILLIP A. TALBERT
United States Attorney
2  SAM STEFANKI
Assistant United States Attorney
3  501 I Street, Suite 10-100
Sacramento, CA 95814
4  Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
United States of America
7

8                    IN THE UNITED STATES DISTRICT COURT

9                      EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              CASE NO.  2:22-CR-00209-DAD

12                        Plaintiff,       PRELIMINARY ORDER OF FORFEITURE

13              v.

14  JOSHUA KLOMP,

15                        Defendant.

16

17        Based upon defendant Joshua Klomp's guilty plea and admission to the forfeiture allegation in

18  the indictment, it is hereby ordered, adjudged and decreed as follows:

19        Pursuant to 18 U.S.C. § 2253(a), defendant Joshua Klomp's interest in the following property

20  shall be condemned and forfeited to the United States of America, to be disposed of according to law:

21        1.      One ZTE cellular telephone, Model Z836BL, bearing identification number

22  320475541094, and

23        2.      One Alcatel One Touch cellular telephone, Model 3020D, bearing identification number

24  013816000509327.

25        The above-listed property was used or intended to be used to commit and to promote the

26  commission of a violation of 18 U.S.C. § 2252(a)(4)(B) and (b)(2).  Accordingly, pursuant to

27  Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the Attorney General (or a designee) is

28  authorized to seize the above-listed property.  The above-listed property shall be seized and held by the

[PROPOSED] PRELIMINARY ORDER OF FORFEITURE          1

1  U.S. Marshals Service, in its secure custody and control.

2       Pursuant to 18 U.S.C. § 2253(b), incorporating 21 U.S.C. § 853(n), and Local Rule 171, the

3  United States shall publish notice of this order of forfeiture.  Notice of this order and notice of the

4  Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney

5  General may direct shall be posted for at least thirty consecutive days on the official internet government

6  forfeiture website, which is available to the public at www.forfeiture.gov.  The United States may also,

7  to the extent practicable, provide direct written notice to any person known to have alleged an interest in

8  the property that is the subject of the order of forfeiture, as a substitute for published notice as to those

9  persons so notified.

10      This notice shall state that any person, other than the defendant, asserting a legal interest in the

11 above-listed property, must file a petition with the Court within sixty days from the first day of

12 publication of the Notice of Forfeiture posted on the official government forfeiture website, or within

13 thirty days from receipt of direct written notice, whichever is earlier.

14      If such a petition is timely filed, upon adjudication of all third-party interests, if any, the Court

15 will enter a final order of forfeiture pursuant to 18 U.S.C. § 2253(a), in which all interests in the above-

16 listed property will be addressed.

17

18      IT IS SO ORDERED.

19 Dated:   **January 6, 2023**        _____

20                              UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28

[PROPOSED] PRELIMINARY ORDER OF FORFEITURE          2