PHILLIP A. TALBERT
United States Attorney
SAM STEFANKI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>  v.<br><br>JOSHUA KLOMP,<br><br>     Defendant. | CASE NOS. 2:22-CR-00209-DAD<br>     2:06-CR-00059-DAD<br><br>STIPULATION REGARDING SENTENCING AND DISPOSITION; ORDER<br><br>DATE: February 14, 2023<br>TIME: 9:30 a.m.<br>COURT: Hon. Dale A. Drozd |

**STIPULATION**

   Plaintiff United States of America, by and through its counsel of record, and defendant Joshua Klomp, by and through his counsel of record, hereby stipulate as follows:

   1.   Both of the above-captioned matters are set for respective sentencing and dispositional hearings on February 14, 2023.

   2.   By this stipulation, the parties jointly move to continue the sentencing and dispositional hearings until March 21, 2023.

   3.   The parties also jointly request that the Court set the following briefing schedule for preparation of the presentence investigation report (the "PSR"):

       a)   The draft PSR shall be made available on or before February 7, 2023;

       b)   Informal objections to the draft PSR shall be submitted to the probation officer on or before February 21, 2023;

c)      The final PSR shall be filed on or before February 28, 2023;

d)      Formal objections to the final PSR shall be filed on or before March 7, 2023;

e)      Replies or statements of non-opposition to any such formal objections shall be filed on or before March 14, 2023.

4.      The parties agree and stipulate that this proposed revised PSR schedule is needed to provide the assigned probation officer sufficient time to prepare the draft PSR.  The assigned probation officer approves of this revised schedule.


IT IS SO STIPULATED.


Dated:  January 20, 2023                    PHILLIP A. TALBERT
                                            United States Attorney


                                            /s/ SAM STEFANKI
                                            SAM STEFANKI
                                            Assistant United States Attorney


Dated:  January 20, 2023                    /s/ DOUGLAS BEEVERS
                                            DOUGLAS BEEVERS
                                            Counsel for Defendant
                                            JOSHUA KLOMP


**ORDER**

IT IS SO ORDERED.

Dated:   **January 22, 2023**              _____
                                            UNITED STATES DISTRICT JUDGE