PHILLIP A. TALBERT
United States Attorney
SAM STEFANKI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:22-CR-00209-DAD |
|---|---|
| Plaintiff, | STIPULATION RE DISSEMINATION OF DISCOVERY MATERIALS; [PROPOSED] PROTECTIVE ORDER |
| v. | |
| JOSHUA KLOMP, | |
| Defendant. | |

**STIPULATION**

Pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure, the United States of America (the "government") and the defendant, by and through their respective counsel of record, stipulate and agree as follows, and respectfully request that the Court find and order the following:

1.      At the defendant's request, the government is preparing to produce discovery containing potentially identifying information of victims subject to this stipulation and associated protective order (the "Protected Material").

2.      This Protected Material includes, but is not limited to, discovery materials Bates stamped KLOMP_00000166 through KLOMP_00000303. The government previously made this discovery available to defense counsel for inspection and copying on February 9, 2023.

3.      The Protected Material is now and will forever remain the property of the government. Protected Material is entrusted to defense counsel only for purposes of representation in this case.

Defense counsel will return discovery or certify that it has been shredded at the conclusion of the case or upon the termination of defense counsel's document retention obligations, whichever is later.

4.      Defense counsel will store Protected Material in a secure place and will use reasonable care to ensure that it is not disclosed to individuals not authorized to access such material under this agreement.  Counsel for the defendant shall not give Protected Material or any copy of Protected Material to any person other than counsel's staff, investigator, or retained expert(s).  The terms "staff," "investigator," and "expert" shall not be construed to describe any defendant or other person not either regularly employed by counsel or a licensed investigator or expert hired in this case.

5.      Any person receiving Protected Material or a copy of Protected Material from defense counsel shall be bound by the same obligations as counsel and may not give Protected Material to anyone (except that Protected Material shall be returned to counsel).  Counsel shall maintain a list of persons to whom any copies of Protected Material have been given.

6.      The defendant may review Protected Material and be aware of its contents, but shall not be given control of or copies of any Protected Material.  Furthermore, no copies of Protected Material shall be left with the defendant outside of the presence of defense counsel.

///
///
///
///
///
///
///
///
///
///
///
///
///

7.      Defense counsel shall advise government counsel of any subpoenas, document requests, or claims for access to the discovery by third parties in order that the government may take action to resist or comply with such demands as it may deem appropriate, to the degree that such advice does not conflict with other of defense counsel's legal or ethical obligations arising from the presence of any subpoenas, document requests, or claims for access to the discovery by third parties.


IT IS SO STIPULATED.


Dated:  March 3, 2023                          PHILLIP A. TALBERT
                                               United States Attorney


                                        By:    /s/ SAM STEFANKI
                                               SAM STEFANKI
                                               Assistant United States Attorney


Dated:  March 3, 2023                          /s/ DOUGLAS BEEVERS
                                               DOUGLAS BEEVERS
                                               Counsel for Defendant
                                               JOSHUA KLOMP


## [PROPOSED] FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 3rd day of March, 2023.


                                        _____
                                        THE HONORABLE JEREMY D. PETERSON
                                        United States Magistrate Judge