PHILLIP A. TALBERT
United States Attorney
SAM STEFANKI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:22-CR-00209-DAD |
| Plaintiff, | FINAL ORDER OF FORFEITURE |
| v. | |
| JOSHUA KLOMP, | |
| Defendant. | |

On or about January 9, 2023, the Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2253(a), based upon the guilty plea and admission to the forfeiture allegation in the indictment entered by defendant Joshua Klomp, forfeiting to the United States of America (the "government") the following property:

1.      One ZTE cellular telephone, Model Z836BL, bearing identification number 320475541094, and

2.      One Alcatel One Touch cellular telephone, Model 3020D, bearing identification number 013816000509327.

Beginning on January 13, 2023, for at least thirty consecutive days, the government published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov.  This published notice advised all third parties of their right to petition the Court

///

within sixty days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

The Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

ACCORDINGLY, IT IS HEREBY ORDERED AND ADJUDGED:

1.     A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 2253(a), including all right, title, and interest of Joshua Klomp.

2.     All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3.     The United States Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated:   **April 12, 2023**

_____
UNITED STATES DISTRICT JUDGE