PHILLIP A. TALBERT
United States Attorney
SAM STEFANKI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:22-CR-00209-DAD |
|---|---|
| Plaintiff, | STIPULATION REGARDING RESTITUTION; ORDER |
| v. | |
| JOSHUA KLOMP, | DATE: June 6, 2023<br>TIME: 9:30 a.m. |
| Defendant. | COURT: Hon. Dale A. Drozd |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant Joshua Klomp, by and through his counsel of record, hereby stipulate as follows:

1. The above-captioned matter is set for a restitution hearing on June 6, 2023. By this stipulation, the parties jointly move to continue the restitution hearing until June 27, 2023.

2. The parties are actively engaged in negotiations to resolve via stipulated agreement the amount of restitution owed by the defendant to one of the victims named in the Presentence Investigation Report. As part of these negotiations, counsel for the defendant desires additional time to obtain records and other information relating to the defendant's financial accounts. Counsel for the defendant believes that this task will be complete by the middle of June.

3. The defendant is presently in the custody of the Federal Bureau of Prisons serving the sentence imposed in this case.

4. Given the defendant's custodial status and the parties' desire for more complete information about the defendant's financial condition before proceeding further, the government does not object to the requested continuance.

5. The parties agree and stipulate that the Court may extend the deadline for a restitution determination beyond ninety days following sentencing, so long as prior to the expiration of that ninety-day period, the Court indicates that it intends to impose some amount of restitution. *Dolan v. United States*, 560 U.S. 605, 608 (2010). The parties jointly request that the Court indicate that it intends to impose some amount of restitution, thus leaving the amount of restitution the only question remaining to be resolved in this case. The parties submit that the proposed order attached to this stipulation would make the Court's intentions with regard to restitution clear.

IT IS SO STIPULATED.

Dated: May 30, 2023

PHILLIP A. TALBERT
United States Attorney

/s/ SAM STEFANKI
SAM STEFANKI
Assistant United States Attorney

Dated: May 30, 2023

/s/ DOUGLAS BEEVERS
DOUGLAS BEEVERS
Counsel for Defendant
JOSHUA KLOMP

///
///
///
///
///
///
///

STIPULATION AND [PROPOSED] ORDER RE RESTITUTION

2

**ORDER**

The restitution hearing presently set for June 6, 2023, is hereby continued to June 27, 2023. The Court states for the record that it intends to impose restitution in this case, and will issue a subsequent order imposing a specific amount of restitution at or following the hearing now set for June 27, 2023.

IT IS SO ORDERED.

Dated:  **May 30, 2023**                                       _____
                                                                                    UNITED STATES DISTRICT JUDGE