PHILLIP A. TALBERT
United States Attorney
SAM STEFANKI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:22-CR-00209-DAD |
|---|---|
| Plaintiff, | STIPULATION REGARDING RESTITUTION; ORDER |
| v. | |
| JOSHUA KLOMP, | DATE: June 27, 2023<br>TIME: 9:30 a.m. |
| Defendant. | COURT: Hon. Dale A. Drozd |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant Joshua Klomp, by and through his counsel of record, hereby stipulate as follows:

1. The above-captioned matter is set for a restitution hearing on June 27, 2023. By this stipulation, the parties jointly move to continue the restitution hearing until July 25, 2023.

2. The parties are actively engaged in negotiations to resolve via stipulated agreement the amount of restitution owed by the defendant to one of the victims named in the Presentence Investigation Report. As part of these negotiations, counsel for the defendant desires additional time to obtain records and other information relating to the defendant's possible restitution obligations. This process was delayed by the fact that counsel for the defendant encountered unexpected difficulty contacting his client following sentencing, because he was in transit to a Bureau of Prisons institution. Counsel for the defendant believes that this task will now be complete by around the beginning of July.

STIPULATION AND [PROPOSED] ORDER RE RESTITUTION

1

3. The defendant is presently in the custody of the Bureau of Prisons serving the custodial sentence imposed in this case.

4. Given the defendant's custodial status and the parties' desire for more complete information before negotiating a resolution to restitution, the government does not object to the requested continuance.

IT IS SO STIPULATED.

Dated:  June 22, 2023                    PHILLIP A. TALBERT
                                         United States Attorney

                                         /s/ SAM STEFANKI
                                         SAM STEFANKI
                                         Assistant United States Attorney

Dated:  June 22, 2023                    /s/ DOUGLAS BEEVERS
                                         DOUGLAS BEEVERS
                                         Counsel for Defendant
                                         JOSHUA KLOMP

**ORDER**

Pursuant to the stipulation of the parties, the restitution hearing presently set for June 27, 2023, is hereby continued to July 25, 2023 at 9:30 a.m.

IT IS SO ORDERED.

Dated:  **June 22, 2023**                _Dale A. Drozd_
                                         UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER RE RESTITUTION                    2